# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 14 PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____

NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased;

vs

UNITED STATES, and DOES 1 through 10, inclusive,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0298 DMS NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
ROBERT HAMPARYAN (SBN 181934)
HOEY & MORGAN, LLP
4275 Executive Square, Suite 920
La Jolla, CA 92037
Telephone: (858) 550-1002
Facsimile: (858) 550-2043

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 1 4 2008

W. Samuel Hamrick, Jr.
CLERK                                              DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com