## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### APRIL 14, 2008

| NORMA KIRSCH, et al | vs | UNITED STATES | No. | 08CV0298-DMS(NLS) |
|---|---|---|---|---|
| Hon. DANA M. SABRAW | Deputy Clerk | J Klosterman | | |

It is hereby ordered that Dana M. Sabraw hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to:   Honorable William Q. Hayes

New Case #:   08CV0298-WQH(NLS)

**Please forward judge's court file to new assigned judge.**