1  KAREN P. HEWITT
   United States Attorney
2  ERNEST CORDERO, JR.
   Assistant U.S. Attorney
3  State of California Bar No. 131865
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7473
   Email: ernest.cordero@usdoj.gov
6
   Attorneys for Defendant
7  United States of America

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 08cv0298-WQH (NLS) <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AND STRIKE JURY DEMAND** <br><br> DATE: July 21, 2008 <br> TIME: 11:00 a.m. <br> CTRM: 4 <br><br> **[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]** <br><br> Hon. William Q. Hayes |

20     **TO:  PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**

21     **PLEASE TAKE NOTICE** that on July 21, 2008, at 11:00 a.m., or as soon thereafter as
22  counsel may be heard, in the Courtroom of the Honorable William Q. Hayes, the United States
23  of America, through its attorneys of record, Karen P. Hewitt, United States Attorney, and
24  Ernest Cordero, Jr., Assistant U.S. Attorney, will, and now does, move to dismiss the
25  Complaint for insufficiency of service of process and lack of personal jurisdiction pursuant to
26  Rules 12(b)(2) and (5) of the Federal Rules of Civil Procedure.  The United States also will,
27  and now does, move the Court for an order striking the jury demand of the Complaint pursuant
28  to Rule 12(f) of the Federal Rules of Civil Procedure.  The demand should be stricken because

jury trials are not permitted in actions brought under the Federal Tort Claims Act ("FTCA"). FTCA claims must be tried before the Court, not a jury.

The motions are based upon this notice, the accompanying memorandum of points and authorities, and the files and records of this case. **There will be no oral argument unless requested by the Court.**

DATED: June 2, 2008

KAREN P. HEWITT
United States Attorney

s/ Ernest Cordero, Jr.

ERNEST CORDERO, JR.
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 08cv0298-WQH (NLS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Ernest Cordero, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

　　1)　NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AND STRIKE JURY DEMAND (dated 06/02/08)
　　　　DATE:　　July 21, 2008
　　　　TIME:　　11:00 a.m.
　　　　CTRM:　　4

　　2)　MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT AND TO STRIKE JURY DEMAND (dated 06/02/08)

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert Hamparyan, Esq.
Hoey & Morgan, LLP
4275 Executive Square, Suite 920
La Jolla, CA 92037
hoey@hoeyandmorgan.com
anderson@hoeyandmorgan.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2008.

　　　　　　　　　　　　　　　　　　s/ Ernest Cordero, Jr.
　　　　　　　　　　　　　　　　　　ERNEST CORDERO, JR.