ROBERT HAMPARYAN (SBN 181934)
HOEY & MORGAN, LLP
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 550-1002
Facsimile: (858) 550-2043

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES, and DOES 1 through 10, inclusive,<br><br>Defendants. | General Civil<br>Case No. 08cv0298-WQH (NLS)<br><br>**PLAINTIFFS' OPPOSITION MEMORANDUM TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND TO STRIKE JURY DEMAND**<br><br>Date: July 21, 2008<br>Time: 11:00 a.m.<br>Dept: 4 |

## I

## INTRODUCTION

This action arises from the death of Richard Kirsch, decedent. Plaintiffs claim Mr. Kirsch's death was a result of being struck on his motorcycle by Border Patrol agent Efrain Blas, within the purpose and scope of his employment while driving a Border Patrol vehicle. Plaintiffs properly filed their complaint and served it on the U.S. Attorney's Office in the Southern District of California, but did not serve the Attorney General in Washington, D.C., until recently.

1  Upon receiving defendant's Motion to Dismiss, plaintiffs immediately remedied the procedural
2  defect and served the U.S. Attorney General pursuant to Federal Rule of Civil Procedure (FRCP) Rule 4.
3  Accordingly, plaintiffs respectfully request that this court grant the appropriate relief and excuse
4  plaintiffs' from the procedural service error, and thereby deny defendant's motion to dismiss. Also,
5  plaintiffs do not oppose the request to strike the jury demand in this action.

6  ## II

7  **PLAINTIFFS' HAVE CURRENTLY, FULLY COMPLIED WITH FRCP RULE 4 AND**
8  **PLAINTIFFS SHOULD BE GRANTED RELIEF PURSUANT TO THE CURE PROVISION IN**
9  **RULE 4(i)**

10  "In view of the complexity of these multiple service obligations, Rule 4(i) establishes a 'cure'
11  provision for incomplete service in cases requiring service on multiple officers, agencies, or federal
12  corporations. So long as either the United States Attorney or the Attorney General has been properly
13  served in such cases, the court must allow a plaintiff a reasonable period of time to fulfill the multiple
14  service obligations." Steven Baicker-McKee et al., Federal Civil Rules Handbook 213 (Thomson-West
15  2008).

16  The 'cure' to which this quote refers is Rule 4(i)(4), allowing a party reasonable time to perfect
17  service if that party has properly served either the US Attorney in the district in which the action is
18  brought or the Attorney General. Here, plaintiffs' complaint was filed on February 14, 2008. On April
19  1, 2008 plaintiffs personally served the US Attorney for the Southern District of California, which is
20  where their action was brought. (Proof of Service attached as exhibit 1).

21  On June 2, 2008 defendant United States filed its motion to dismiss for lack of sufficient service
22  of process on the Attorney General in Washington, D.C. Thereafter, plaintiffs mailed a copy of the
23  summons and complaint via certified mail to the Attorney General, complying with the service
24  requirements. It was received on June 9, 2008 (Return Receipt of Mailing attached as exhibit 2).

25  Pursuant to FRCP Rule 4(m), plaintiffs have 120 days after filing the complaint to perfect
26  service. Here, plaintiffs perfected service well within the 120-day period on both the US Attorney for
27  the Southern District of California and the Attorney General in Washington, D.C. Defendant has not
28  been prejudiced by the service shortcoming, whereas plaintiffs would be severely prejudiced if their
action is dismissed; plaintiffs are the surviving family members of decedent Richard Kirsch.

The court in <u>US v. 2,164 Watches</u>, 366 F.3d 767, 772 (9th Cir.2004) stated that "The 1993 amendments to General Rule 4(m) gave courts greater leeway to preserve meritorious lawsuits despite untimely service of process. We have previously held that district courts have broad discretion under General Rule 4(m) to extend time for service even without a showing of good cause."

Here, plaintiffs served both necessary agents to perfect service in this action. Given the wide latitude district courts have regarding service of process, and that plaintiffs served defendant within the enumerated 120-day period, plaintiffs should be relieved of their procedural misstep and defendant's motion to dismiss should be denied.

Plaintiffs' action is meritorious, as plaintiffs seek compensation for the loss of their husband and father, respectively. Plaintiffs claim that decedent was killed when Border Patrol agent Efrain Blas negligently drove his vehicle into decedent's motorcycle. Plaintiffs' action can be hardly construed as meritless. Accordingly, plaintiffs should be permitted to proceed with their action.

"The Federal Rules of Civil Procedure 'shall be construed and administered to secure the just, speedy, and inexpensive determination of every action.' Fed.R.Civ.P. 1. The parties should not be permitted to use the procedures set forth in the Federal Rules as a weapon to fend off potentially legitimate claims." <u>Smith v. U.S. Attorney General</u>, WL 3010541 (E.D. Cal.2007), (permitting plaintiff the opportunity to cure service defect after 120 day period expired, as defendant was not prejudiced from defending merits of case).

### III
### CONCLUSION

Plaintiffs respectfully request that this court deny defendant's motion to dismiss for lack of proper service, permitting plaintiffs to move forward with their case. Additionally, plaintiffs do not oppose defendant's request to strike the jury demand.

Respectfully Submitted

Dated: July 7, 2008              HOEY & MORGAN, LLP


By:    /s/ Robert Hamparyan
       ROBERT HAMPARYAN
       Attorneys for Plaintiffs

# EXHIBIT 1

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased;

vs

UNITED STATES, and DOES 1 through 10, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0298 LRS NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   ROBERT HAMPARYAN (SBN 181934)
   HOEY & MORGAN, LLP
   4275 Executive Square, Suite 920
   La Jolla, CA  92037
   Telephone: (858) 550-1002
   Facsimile: (858) 550-2043

An answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

| CLERK | DATE |
|---|---|
| By _____, Deputy Clerk | |

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 4/1/08 |
| NAME OF SERVER ROBERT K. GIDDENS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 550 FRONT STREET SAN DIEGO, CA 92101

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | $37.00 |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 4/1/2008
Date                Signature of Server

Address of Server: 2870 4th AVENUE, SUITE 102, SAN DIEGO, CA 92103 · 619-278-0891

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Article Number: 7006 2760 0000 1721 6267

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.66   6/3/08 |

Postmark Here

Sent To: ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4: WASHINGTON DC 20530

PS Form 3800, August 2006       See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JUN 0 9 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0000 1721 6267

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540