1   ROBERT HAMPARYAN (SBN 181934)
    HOEY & MORGAN, LLP
2   4275 Executive Square, Suite 200
    La Jolla, CA 92037
3   Telephone: (858) 550-1002
    Facsimile: (858) 550-2043
4

5   Attorneys for Plaintiffs

6

7

8               **UNITED STATES DISTRICT COURT**

9         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  NORMA KIRSCH; AMI ABBOTT; MANDY          )   **General Civil**
    ANDERSON; and the ESTATE OF RICHARD      )   **Case No. 08cv0298-WQH (NLS)**
12  KIRSCH, deceased;                        )
                                             )   **DECLARATION OF YVETTE DEANDA IN**
13                                           )   **SUPPORT OF PLAINTIFFS' OPPOSITION**
                                             )   **TO DEFENDANT'S MOTION TO DISMISS**
14              Plaintiffs,                  )   **COMPLAINT AND STRIKE JURY DEMAND**
                                             )
15         vs.                               )
                                             )   Date: July 21, 2008
16                                           )   Time: 11:00 a.m.
    UNITED STATES, and DOES 1 through 10,    )   Dept: 4
17  inclusive,                               )
                                             )
18                                           )
                Defendants.                  )
19  _____      )
                                             )
20

21

22         I, YVETTE DEANDA, declare:

23     1.  I am a certified paralegal in the State of California, and I work for the law firm HOEY &

24         MORGAN, LLP, attorneys of record for plaintiffs in the referenced action.

25     2.  I have personal knowledge of the facts articulated herein and I would testify to these facts if

26         called to do so.

27

28

_____
DECLARATION OF YVETTE DEANDA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS - 1

3.  I enclosed a copy of plaintiffs' summons and complaint in this action and sent the same via certified mail to the Attorney General in Washington, D.C. on June 3, 2008.  A true and correct copy of the return receipt that I used is attached as exhibit 2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully Submitted,

Dated:  July 7, 2008                                HOEY & MORGAN, LLP

                              By:    /s/ Yvette DeAnda
                                     YVETTE DEANDA
                                     Paralegal