1  KAREN P. HEWITT
   United States Attorney
2  ERNEST CORDERO, JR.
   Assistant U.S. Attorney
3  State of California Bar No. 131865
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7473
   Email: ernest.cordero@usdoj.gov

6  Attorneys for Defendant
7  United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased;<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 08cv0298-WQH (NLS)<br><br>**REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT AND TO STRIKE JURY DEMAND**<br><br>DATE: July 21, 2008<br>TIME:  11:00 a.m.<br>CTRM: 4<br><br>Hon. William Q. Hayes |

**I.**

**DEFENDANT WITHDRAWS IT'S MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS**

In their opposition papers, Plaintiffs have produced evidence that they served the summons and complaint on the United States Attorney General after receiving a copy of Defendant's motion.  As a consequence, it now appears that Plaintiff's have remedied their prior failure to comply with the service requirements of Rule 4.  In light of this fact, Defendant withdraws its motion to dismiss for insufficiency of service of process.

///

///

## II.

## DEFENDANT'S MOTION TO STRIKE THE DEMAND FOR TRIAL BY JURY SHOULD BE GRANTED

On the issue of the Complaint's demand for trial by jury, Plaintiffs have represented in their opposition brief that they do not oppose Defendant's motion to strike the demand. Accordingly, the Court is requested to strike Plaintiff's demand for trial by jury.

DATED: July 14, 2008

KAREN P. HEWITT
United States Attorney

s/ Ernest Cordero, Jr.

ERNEST CORDERO, JR.
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08cv0298-WQH (NLS)<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Ernest Cordero, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT AND TO STRIKE JURY DEMAND (dated 07/14/08)
DATE:   July 21, 2008
TIME:   11:00 a.m.
CTRM:   4

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert Hamparyan, Esq.
Hoey & Morgan, LLP
4275 Executive Square, Suite 920
La Jolla, CA 92037
hoey@hoeyandmorgan.com
anderson@hoeyandmorgan.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2008.

s/ Ernest Cordero, Jr.
ERNEST CORDERO, JR.