# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMA KIRSCH; AMI ABBOTT; MANDY ANDERSON; and the ESTATE OF RICHARD KIRSCH, deceased;, | CASE NO. 08cv0298 WQH (NLS) |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES, and DOES 1 through 10, inclusive, | |
| Defendants. | |

HAYES, Judge:

    The matter before the Court is Defendant's motion to dismiss the complaint and strike the jury demand (Doc. # 5).

    On February 14, 2008, Plaintiffs Norma Kirsch, Amy Abbott, Mandy Anderson, and the Estate of Richard Kirsch filed a complaint against Defendant United States under the Federal Tort Claims Act. (Doc. # 1). On June 2, 2008, Defendant moved to dismiss the complaint for insufficiency of service of process and for an order striking the jury demand of the complaint. (Doc. # 5). On July 7, 2008, Plaintiffs filed a response agreeing that the motion to strike the jury demand should be granted. (Doc. # 6). On July 14, 2008, Defendant filed a reply withdrawing its motion to dismiss the complaint for insufficiency of service of process. (Doc. # 8).

1  It is hereby ordered that Defendant's motion to dismiss (Doc. # 5) the complaint for
2  insufficiency of service of process is DENIED as moot and the motion to strike the jury demand (Doc.
3  # 5) is GRANTED.
4  DATED: August 6, 2008

                                          **WILLIAM Q. HAYES**
                                          United States District Judge