UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMA KIRSCH, et al, | ) | Civil No. 08cv298-WQH(NLS) |
| | ) | |
| Plaintiff, | ) | **ORDER FOLLOWING EARLY** |
| | ) | **NEUTRAL EVALUATION** |
| v. | ) | **CONFERENCE; SETTING SHOW** |
| | ) | **CAUSE HEARING; and SETTING** |
| UNITED STATES OF AMERICA; DOES 1 | ) | **CASE MANAGEMENT CONFERENCE** |
| through 10 *inclusive*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

An Early Neutral Evaluation Conference ("ENE") was scheduled on September 9, 2008 in the above-entitled matter.  Assistant United States Attorney Ernest Cordero, Jr. appeared on behalf of Defendant United States of America.  In violation of the Court's Notice and Order filed August 19, 2008 [Doc. No. 11], Plaintiff's counsel Robert Hamparyan and his clients failed to appear for the ENE, despite Mr. Hamparyan having received electronic notice of the Court's August 19, 2008 order setting the ENE.  (*See* NEF Receipt attached to Doc. No. 11, entered on 8/19/2008 at 10:25 AM PDT.)  Accordingly,

**IT IS HEREBY ORDERED THAT** Plaintiff's counsel shall appear before the Court and show cause why sanctions should not be imposed against him and/or his clients for failing to comply with the Court's order scheduling the ENE.

**IT IS FURTHER ORDERED THAT**:

1.      On or before **_September 16, 2008_**, Plaintiff's counsel shall file and serve a Declaration outlining any justification for failing to comply with the Court's order;

1

2.      On or before **_September 23, 2008_**, Defense counsel shall submit a Declaration outlining any costs and fees incurred to attend the ENE on September 9, 2008; and**,**

3.      Plaintiff's counsel shall appear <u>in person</u> for a Show Cause Hearing on **_September 30, 2008_** at **_9:30 a.m._** before Magistrate Judge Stormes.

4.      The ENE shall not be rescheduled.  Immediately following the Show Cause Hearing on September 30, 2008, the Court shall conduct a Case Management Conference with counsel for both parties.

**IT IS SO ORDERED**.

DATED:  September 9, 2008

Hon. Nita L. Stormes
U.S. Magistrate Judge

08cv298